

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01005-CR

Christopher **BRADY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7434
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: December 13, 2023

DISMISSED FOR WANT OF JURISDICTION

On November 14, 2023, appellant filed a pro se notice of appeal that appeared to indicate he wished to challenge his arraignment. The clerk's record, which was filed on November 17, 2023, does not contain a judgment of conviction or other appealable order. Additionally, the district clerk has informed this court that appellant has not yet been tried or sentenced in this case.

Generally, a criminal defendant may only appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). Because no final judgment of conviction has been signed in this case, it appears the

ruling, if any, appellant seeks to challenge is interlocutory. The courts of appeals lack jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). On November 21, 2023, we ordered appellant to show cause in writing by December 6, 2023 why this appeal should not be dismissed for want of jurisdiction.

On November 30, 2023, the district clerk filed a supplemental clerk's record that contains an order appointing appellate counsel but does not contain a judgment of conviction or an appealable interlocutory order. Additionally, appellant has not filed a response to our November 21 show cause order.

Because the appellate record does not contain a judgment of conviction or other appealable order, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH